743 A.2d 430

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**James REESE, a/k/a Medford Taylor, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 5, 2000.

## ORDER

PER CURIAM:

**AND NOW**, this 5th day of January, 2000, the Petition for Allowance of Appeal is hereby GRANTED, the Order of the

Superior Court is VACATED, and the matter is REMAND-
ED for further proceedings consistent with *Commonwealth v.
Lantzy,* 558 Pa. 214, 736 A.2d 564 (1999).